# EXHIBIT A

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2012-07-06 14:59:08 EST |
| **Mark:** | MINDFUL LIVING |

## MINDFUL LIVING

| | | | |
|---|---|---|---|
| **US Serial Number:** | 77436573 | **Application Filing Date:** | Apr. 01, 2008 |
| **US Registration Number:** | 3674696 | **Registration Date:** | Aug. 25, 2009 |
| **Register:** | Supplemental | | |
| **Mark Type:** | Service Mark | | |
| **Date Amended to Current Register:** | Jun. 24, 2009 | | |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| **Status Date:** | Aug. 25, 2009 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | MINDFUL LIVING |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | 3440450,3444965,3444966,and others |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and

- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| **For:** | Streaming audio and video over the Internet in the field of personal spiritual growth, healing and wellness and identifying, overcoming and avoiding stress and destructive behavior |
| **International Class:** | 038 - Primary Class     **U.S Class:**  100, 101, 104 |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(a) |
| **First Use:** | Nov. 30, 2007     **Use in Commerce:**  Nov. 30, 2007 |

| | |
|---|---|
| **For:** | educational services and training, namely, conducting seminars, web seminars, workshops and conferences featuring personal spiritual growth, healing and wellness, and identifying, overcoming and avoiding stress and destructive behavior; entertainment services, namely, ongoing programs broadcast over television, cable, satellite and radio, all in the field of personal spiritual growth, healing and wellness and identifying, overcoming and avoiding stress and destructive behavior |
| **International Class:** | 041 - Primary Class     **U.S Class:**  100, 101, 107 |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(a) |
| **First Use:** | Nov. 30, 2007     **Use in Commerce:**  Nov. 30, 2007 |

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes | **Amended Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | No | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Hall, Kathleen A. |
| | 495 Owls Nest Lane |

| | |
|---|---|
| **Owner Address:** | Clarkesville, GEORGIA 30523<br>UNITED STATES |
| **Legal Entity Type:** | INDIVIDUAL |

| | |
|---|---|
| **Citizenship:** | UNITED STATES |

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:**    Pamela Payne Smith

### Correspondent

**Correspondent Name/Address:**
PAMELA PAYNE SMITH
BALCH & BINGHAM LLP
1901 SIXTH AVENUE NORTH
BIRMINGHAM, AL 35203
UNITED STATES

| **Phone** | 205-226-3404 | **Fax** | 205-488-5891 |
|---|---|---|---|

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 25, 2009 | REGISTERED-SUPPLEMENTAL REGISTER | |
| Jul. 23, 2009 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 76539 |
| Jul. 23, 2009 | ASSIGNED TO LIE | 76539 |
| Jul. 15, 2009 | APPROVED FOR REGISTRATION SUPPLEMENTAL REGISTER | |
| Jul. 15, 2009 | USE AMENDMENT ACCEPTED | 82417 |
| Jun. 24, 2009 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Jun. 24, 2009 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Jun. 24, 2009 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jun. 24, 2009 | AMENDMENT TO USE PROCESSING COMPLETE | 88889 |
| Jun. 24, 2009 | USE AMENDMENT FILED | 88889 |
| Jun. 23, 2009 | TEAS AMENDMENT OF USE RECEIVED | |
| Jan. 08, 2009 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Jan. 08, 2009 | NON-FINAL ACTION E-MAILED | 6325 |

| | | |
|---|---|---|
| Jan. 08, 2009 | NON-FINAL ACTION WRITTEN | 82417 |
| Nov. 13, 2008 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Nov. 12, 2008 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Nov. 12, 2008 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| May 21, 2008 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| May 21, 2008 | NON-FINAL ACTION E-MAILED | 6325 |
| May 21, 2008 | NON-FINAL ACTION WRITTEN | 82417 |
| May 09, 2008 | ASSIGNED TO EXAMINER | 82417 |
| Apr. 04, 2008 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**Current Location:** PUBLICATION AND ISSUE SECTION     **Date in Location:** Aug. 25, 2009

EXHIBIT B

| | | | |
|---|---|---|---|
| **Generated on:** | This page was generated by TSDR on 2012-07-06 15:03:04 EST | | |
| **Mark:** | MINDFUL TRAVEL | | |

## MINDFUL TRAVEL

| | | | |
|---|---|---|---|
| **US Serial Number:** | 85030482 | **Application Filing Date:** | May 05, 2010 |
| **US Registration Number:** | 4013416 | **Registration Date:** | Aug. 16, 2011 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| **Status Date:** | Aug. 16, 2011 | | |
| **Publication Date:** | Oct. 26, 2010 | | |

---

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | MINDFUL TRAVEL |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Disclaimer:** | "TRAVEL" |

---

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

Educational services and training, namely, conducting seminars, web seminars, retreats, workshops and conferences in the fields of dating and relationships, healing and wellness, and identifying, overcoming and avoiding stress and

| | |
|---|---|
| **For:** | destructive behavior; and, entertainment services, namely, ongoing programs broadcast over television, cable, satellite and radio and audio and video streaming over a global computer network and being transmitted, broadcast, or streamed to media devices, all in the field of personal spiritual growth, dating and relationships, healing and wellness and identifying, overcoming and avoiding stress and destructive behavior |

| | | | |
|---|---|---|---|
| **International Class:** | 041 - Primary Class | **U.S Class:** | 100, 101, 107 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Oct. 06, 2010 | **Use in Commerce:** | Oct. 06, 2010 |

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes | **Amended Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | No | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Hall, Kathleen A. |
| **Owner Address:** | 495 Owls Nest Lane<br>Clarkesville, GEORGIA 30523<br>UNITED STATES |
| **Legal Entity Type:** | INDIVIDUAL |
| **Citizenship:** | UNITED STATES |

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:**   Pamela Payne Smith

### Correspondent

PAMELA PAYNE SMITH
BALCH & BINGHAM LLP

| Correspondent Name/Address: | 1901 6TH AVE N STE 1500<br>BIRMINGHAM, AL 35203-4642<br>UNITED STATES | | |
|---|---|---|---|
| Phone | 205-226-3404 | Fax | 205-488-5891 |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 16, 2011 | REGISTERED-PRINCIPAL REGISTER | |
| Jul. 12, 2011 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Jul. 11, 2011 | LAW OFFICE REGISTRATION REVIEW COMPLETED | 77976 |
| Jul. 01, 2011 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Jun. 27, 2011 | STATEMENT OF USE PROCESSING COMPLETE | 76873 |
| Jun. 21, 2011 | USE AMENDMENT FILED | 76873 |
| Jun. 27, 2011 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 76873 |
| Jun. 21, 2011 | TEAS STATEMENT OF USE RECEIVED | |
| Dec. 21, 2010 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Oct. 26, 2010 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Oct. 26, 2010 | PUBLISHED FOR OPPOSITION | |
| Sep. 20, 2010 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 77976 |
| Sep. 20, 2010 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 20, 2010 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Sep. 20, 2010 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Sep. 20, 2010 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Sep. 20, 2010 | EXAMINERS AMENDMENT -WRITTEN | 76081 |
| Aug. 14, 2010 | COMBINED EXAMINER'S AMENDMENT/PRIORITY ACTION ENTERED | 77976 |
| Aug. 13, 2010 | ASSIGNED TO LIE | 77976 |
| Aug. 13, 2010 | NOTIFICATION OF EXAMINER'S | 6326 |

| | AMENDMENT/PRIORITY ACTION E-MAILED | |
|---|---|---|
| Aug. 13, 2010 | EXAMINER'S AMENDMENT/PRIORITY ACTION E-MAILED | 6326 |
| Aug. 13, 2010 | EXAMINERS AMENDMENT AND/OR PRIORITY ACTION - COMPLETED | 76081 |
| Aug. 09, 2010 | ASSIGNED TO EXAMINER | 76081 |
| May 10, 2010 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| May 08, 2010 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**Current Location:**   PUBLICATION AND ISSUE SECTION      **Date in Location:**   Jul. 11, 2011

# EXHIBIT C

1901 Sixth Avenue North · Suite 1500 · P.O. Box 306 (35201) · Birmingham, AL 35203-4642    www.balch.com


& BINGHAM LLP

PAMELA P. SMITH
t: (205) 226-3404
f: (205) 488-5691
e: ppsmith@balch.com

April 25, 2012

***VIA FEDEX AND E-MAIL***

Ms. Julie M. Jacobs
AOL Inc.
22000 AOL Way
Dulles, Virginia  20166
Julie.Jacobs@corp.aol.com

Re:    MINDFUL LIVING® Brand on Huffington Post

Dear Ms. Jacobs:

We represent Dr. Kathleen Hall and her associated companies, Mindful Living Network, LLC, The Stress Institute, LLC, and Alter Your Life, LLC in connection with intellectual property matters, including trademark and licensing matters.  It was brought to the attention of Kathleen's team that Huffington Post recently has adopted the branding concept of "Mindful Living" in connection with its online site, an ongoing series of articles, blogs, and video published on that site and products and services offered through the site. MINDFUL LIVING® and mindfulness have been the foundation of Kathleen's work and her companies for over a decade.  She is an internationally recognized expert in MINDFUL LIVING®, stress and work-life balance and has served as a global spokesperson for Microsoft, Unilever, McDonald's, Electronic Arts and other global companies.  Kathleen has met Arianna Huffington through her activities at Renaissance in Charleston, where she was a guest of their mutual friends, Bill and Hillary Clinton.  Kathleen, like Arianna Huffington, is committed to MINDFUL LIVING® as a global movement that will truly revolutionize the way people connect with each other and with nature.  After meeting with Kathleen, she asked me to contact you, so we can begin a conversation about the MINDFUL LIVING® brand and Kathleen's existing federal trademark protection for MINDFUL LIVING® and the MINDFUL brand.

Kathleen owns the trademark for MINDFUL LIVING® and associated MINDFUL brands and individually, or through her associated companies, owns other mindfulness marks, such as the MINDFUL LIVING NETWORK®, UNPLUG EVERYDAY®, THE MEDITATION ROOM®, OWN YOUR HAPPINESS®, THE STRESS INSTITUTE®, ALTER YOUR LIFE® and RENEWAL RITUALS®; in total, she has over 43 "MINDFUL" trademark registrations and over 75 trademark registrations for a variety of goods and services related to mindfulness, including publications, audio and video presentations, seminars and webinars, an online store for products (e.g., jewelry, notecards, journals, videos, and clothing), and an ongoing series of content produced and transmitted over the Internet and to wireless devices.  She has undertaken great effort and expense to protect these marks through federal registrations and to build goodwill in the marks on the Internet and offline.  The marks and the

Ms. Julie M. Jacobs
April 25, 2012
Page 2

products and services Kathleen provides are identical or similar to those you recently have started using on your site. We presume that your use of these marks was an oversight and that you were unaware of Kathleen's federal registrations of the MINDFUL LIVING® marks; nonetheless, because Kathleen believes in the MINDFUL LIVING® brand and would like to see this brand expand, she would like for us to explore the possibility of expanding the brand synergistically in a manner that could be mutually beneficial to both parties and would avoid costly litigation or expense.  Kathleen truly believes that together, the parties have an opportunity to continue growing the MINDFUL LIVING® brand such that it will reach an infinite number of people in our community.  For a taste of Kathleen's MINDFUL LIVING® brand presence online, I invite you to visit http://www.mindfullivingnetwork.com. I look forward to talking with you soon.

Sincerely,

Pamela P. Smith

PPS:km


cc:    Dr. Kathleen Hall

# EXHIBIT D

**Smith, Pam P.**

| | |
|---|---|
| **From:** | Davis, Jim <Davis.Jim@ARENTFOX.COM> |
| **Sent:** | Friday, May 04, 2012 2:15 PM |
| **To:** | Smith, Pam P. |
| **Cc:** | Davis, Jim |
| **Subject:** | RE: MINDFUL LIVING Brand on Huffington Post |

Dear Ms. Jacobs,

This firm represents AOL Inc. and its subsidiaries, including TheHuffingtonPost.com, Inc. Our client has asked us to respond to your April 25 letter. Please direct any future communications to my attention.

AOL takes all such issues very seriously; however, we are unable to confirm that your client owns the exclusive and broad trademark rights alleged in your letter. Nonetheless, it appears this matter can be resolved amicably and promptly, and without the need to debate the merits of your client's allegations.

Prior to receipt of your letter, my client had already decided to rename its Mindful Living subheading at The Huffington Post to GPS For The Soul. As you can see, much of that rebranding has already occurred. http://www.huffingtonpost.com/healthy-living/ Of course, as you can appreciate, it may take additional time to phase out all residual uses of Mindful Living, but I assume the information and evidence provided is sufficient to address your client's concerns.

For the foregoing reasons it is unnecessary to address or request additional information regarding your client's alleged intellectual property rights, other than to note that AOL's prior decision to change the name is not in any way an admission of liability or indication that AOL accepts or concurs with any of your clients' legal or factual allegations.

We assume this fully resolves the matter and, unless we hear otherwise from you, we will close our files.

Sincerely,



Jim Davis
Partner

Arent Fox LLP | Attorneys at Law
1050 Connecticut Avenue, NW
Washington, DC  20036-5339
202.857.6169 DIRECT | 202.857.6395 FAX
davis.jim@arentfox.com | www.arentfox.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Lorca, Andres [mailto:andres.lorca@teamaol.com]
**Sent:** Friday, April 27, 2012 4:57 PM
**To:** ppsmith@balch.com
**Cc:** Olmsted, Allison
**Subject:** RE: MINDFUL LIVING Brand on Huffington Post

Dear Ms. Smith:  We confirm receipt of your letter of April 25, 2012 to Ms. Jacobs of our company.

The letter has been forwarded to our attention and we are currently reviewing the matter.  We will revert to you soon.

Sincerely,

Andres Lorca
Lead Paralegal – IP Department
AOL INC
22000 AOL Way
Dulles, VA 20166
P: 703.265.1370
M: 571.268.4013
IM: AndresLorca07

**From:** Smith, Pam P. [mailto:ppsmith@balch.com]
**Sent:** Wednesday, April 25, 2012 4:34 PM
**To:** Jacobs, Julie
**Cc:** Kathleen Hall (kahall@drkathleenhall.com); Smith, Pam P.
**Subject:** MINDFUL LIVING Brand on Huffington Post

Ms. Jacobs,

Please review the attached letter regarding Huffington Post's use of the MINDFUL LIVING® brand. A hard copy of this
letter has been sent to you via Federal Express. I look forward to talking with you soon.

Sincerely,
Pam



Pamela Payne Smith, Partner, Balch & Bingham LLP
1901 Sixth Avenue North • Suite 1500 • Birmingham, AL 35203-4642
t: (205) 226-3404  f: (205) 488-5891  e: ppsmith@balch.com
www.balch.com

IRS CIRCULAR 230: Unless explicitly stated to the contrary, this communication (including any attachments) is not intended or written
to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing,
or recommending to another party any transaction or matter addressed herein.

CONFIDENTIALITY: This email and any attachments may be confidential and/or privileged and are therefore protected against
copying, use, disclosure or distribution. If you are not the intended recipient, please notify us immediately by replying to the sender and
double deleting this copy and the reply from your system.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

EXHIBIT E

Mindful Living : Pictures, Videos, Breaking News                    Page 1 of 26

Smarter Ideas
Log in Create Account



A SHORTER NAME.
A LONGER READ.

SPEND A LITTLE MORE TIME WITH **Huffington**.
Download the new, weekly iPad®
magazine from *The Huffington Post*.

 Available on the App Store

# HUFF POST MINDFUL LIVING

Edition: **U.S.**

- CA Canada
  - Québec
- FR France
- ES Spain
- US United States
- UK United Kingdom

| Like 673k | Follow |

Search The Huffington P | Submit Query

- **FRONT PAGE**
- Women
  - PHOTOS: Victoria's Secret Carves Out Model's Thighs 357
  - FIRST LOOK: Naomi Watts As Princess Di 239
  - LOOK: Our Favorite Politicians Way Back When 123
  - 11 Best Books Of Summer 2012 49
  - Will Amelia Earhart's Plane Finally Be Found? 10

Like
14k

Go to Women
**More in Women**
  - Love & Sex
  - Career & Money
  - Women's Health
**You might also like**
  - Style
  - Weddings
  - Divorce
  - Parents
  - Healthy Living
  - Black Voices
  - Latino Voices
- Kitchen Daily
  - A 1776 Feast: The Foods Our Founding Fathers Ate 2
  - WATCH: Hot Dog Video Will Change Your Life (Or, At Least Your July Fourth) 537
  - 9 Gazpacho Recipes To Cool Down With This Summer 0
  - 18 Sticky-Sweet Jams, Jellies And Preserves 1
  - How To Make A Cocktail On The Fly 6

Like

EXHIBIT F



# Mindful Travel

Page: 1

## How Tourism Is Helping Namibia

Elevate Destinations | Posted 06.19.2012

**Read More:** Tourism, Sustainability, Namibia, Developing Nations, Tourism Development, International Destinations, Development, Mindful Travel, Travel Blogs, Destinations, Travel News

Namibia is in the midst of a conservation revolution, exchanging generations of wildlife conflict, poaching and unsustainable land-use practices for unparalleled levels of habitat protection, wildlife conservation and sustainable development.

Read Post

Page: 1